

1  KENNEDY P. RICHARDSON, Cal. Bar No. 62516
2  DAVID M. ROSENBERG-WOHL, Cal. Bar. No. 132924
   MARION'S INN LLP
3  1611 Telegraph Avenue, Suite 707
   Oakland, California 94612-2145
4  Telephone: (510) 451-6770
   Facsimile: (510) 451-1711
5  Email:  kpr@marionsinn.com
           drw@marionsinn.com
6
   Attorneys for Defendant
7  KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCY JOSON | Case No. C V11-01018 JW |
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEPENDENT DATES** |
| vs. | [AND PROPOSED ORDER] |
| KAISER FOUNDATION HEALTH PLAN, INC.; and Does 1 through 50, inclusive; | |
| Defendants. | |

Due to the fact that plaintiff's first amended complaint has just been filed and served (Document No. 14, May 24, 2011) **and that defendant has until July 25, 2011 to respond (Stipulation and Order, Document No. 11, May 20, 2011)**, the parties here stipulate to continue the Case Management Conference continued by this Court to July 11, 2011 (from June 20, 2011) (Document No. 15, June 15, 2011), as well as the dependent date of filing a Joint Case Management Conference Statement by July 1, 2011 (Document No. 16, June 15, 2011).  This stipulation is made at suggestion of the clerk of the Court in order to make the case management and preceding meet and confer process meaningful, since requiring the process before defendant

has made its response is unlikely to be fruitful; it is made pursuant to the Court's Standing Order Regarding Case Management in Civil Cases.

In light of the timing of defendant's response, as well as the schedule of the Court, the new case management conference date shall be Monday, October 17 at 10:00 a.m. at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  As a consequence, the parties are to meet and confer regarding the matters of Rule 26(f)(2) on or before Monday, September 26, 2011, and the date of initial disclosure under Rule 26(a) shall be on or before Monday, October 10, 2011.

The Case Management Conference remains on calendar for July 11, 2011 at 10:00 am.  The parties shall file their Joint Statement on or before July 1, 2011.

DATED:  June 15, 2011					MARION'S INN LLP

								David M. Rosenberg-Wohl
								*Digitally signed by David M. Rosenberg-Wohl*

								David M. Rosenberg-Wohl
								Attorneys for Defendant
								KAISER FOUNDATION HEALTH PLAN, INC.,

DATED:  June 15, 2011					STEVEN P. COHN, ESQ.
								ADVOCACY CENTER FOR EMPLOYMENT
								     LAW


									/s/ by D. Rosenberg-Wohl

								Steven P. Cohn
								Attorneys for Plaintiff
								LUCY JOSON

SO ORDERED

DATED:  June 24, 2011				_____
								James Ware
								United States District Chief Judge

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEPENDENT DATES**

2

**CASE NO. 3:09CV05306-RS**