KENNEDY P. RICHARDSON, Cal. Bar No. 62516
DAVID M. ROSENBERG-WOHL, Cal. Bar. No. 132924
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
Email:  kpr@marionsinn.com
        drw@marionsinn.com

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

**DENIED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCY JOSON<br><br>           Plaintiffs,<br><br>    vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; and Does 1 through 50, inclusive;<br><br>           Defendants. | Case No. C V11-01018 JW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEPENDENT DATES**<br>[AND PROPOSED ORDER] |

Due to the fact that plaintiff's first amended complaint has just been filed and served (Document No. 14, May 24, 2011) **and that defendant has until July 25, 2011 to respond (Stipulation and Order, Document No. 11, May 20, 2011)**, the parties here stipulate to continue the Case Management Conference continued by this Court to July 11, 2011 (from June 20, 2011) (Document No. 15, June 15, 2011), as well as the dependent date of filing a Joint Case Management Conference Statement by July 1, 2011 (Document No. 16, June 15, 2011).  This stipulation is made at suggestion of the clerk of the Court in order to make the case management and preceding meet and confer process meaningful, since requiring the process before defendant

has made its response is unlikely to be fruitful; it is made pursuant to the Court's Standing Order Regarding Case Management in Civil Cases.

In light of the timing of defendant's response, as well as the schedule of the Court, the new case management conference date shall be Monday, October 17 at 10:00 a.m. at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  As a consequence, the parties are to meet and confer regarding the matters of Rule 26(f)(2) on or before Monday, September 26, 2011, and the date of initial disclosure under Rule 26(a) shall be on or before Monday, October 10, 2011.

DATED:  June 15, 2011                    MARION'S INN LLP

                                         _____
                                         David M. Rosenberg-Wohl
                                         Attorneys for Defendant
                                         KAISER FOUNDATION HEALTH PLAN, INC.,

DATED:  June 15, 2011                    STEVEN P. COHN, ESQ.
                                         ADVOCACY CENTER FOR EMPLOYMENT
                                             LAW

                                         _____/s/ by D. Rosenberg-Wohl___
                                         Steven P. Cohn
                                         Attorneys for Plaintiff
                                         LUCY JOSON

SO ORDERED

DATED:  June __, 2011                    _____
                                         James Ware
                                         United States District Chief Judge

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEPENDENT DATES**
2
**CASE NO. 3:09CV05306-RS**