IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lucy Joson, | NO. C 11-01018 JW |
| Plaintiff, | **ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; STAYING DISCOVERY** |
| v. | |
| The Permanente Medical Group, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on July 11, 2011. Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Conference Statement on July 1, 2011. (See Docket Item No. 23.) In the Joint Statement, Defendants state that Plaintiff previously submitted her claims to arbitration, which resulted in an award in favor of Defendants and against Plaintiff. (Id. at 2.) Defendants state that they intend to bring a motion for summary judgment on the ground that this lawsuit is precluded by the prior arbitration award and that there are no facts in dispute. (Id. at 2-3.)

Upon review, the Court finds that Defendants' anticipated Motion may be dispositive and thus finds good cause to stay discovery pending the resolution of the Motion. Accordingly, the Court VACATES the July 11 Conference and sets a hearing on Defendants' Motion for Summary Judgment for **October 3, 2011 at 9 a.m.** The parties shall adhere to the briefing schedule as set forth in the Civil Local Rules of Court.

.
Dated: July 6, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rosenberg-Wohl drw@marionsinn.com
Kennedy Park Richardson kpr@marionsinn.com
Steven Paul Cohn spcohnlaw@aol.com

**Dated: July 6, 2011**                                            **Richard W. Wieking, Clerk**

                                                                   **By:  /s/ JW Chambers**
                                                                        **Susan Imbriani**
                                                                        **Courtroom Deputy**

2